# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

It appearing that it is in the interest of efficient judicial administration for the cases on the attached list to be consolidated through a coordinated pretrial proceeding as provided for by Internal Operating Procedure 13(e); and

It further appearing the lowest numbered case in the attached list is assigned to the Hon. Matthew F. Kennelly, who has agreed to preside over the consolidated pretrial proceeding; therefore

It is hereby ordered that the cases on the attached list are hereby consolidated for pretrial coordination proceedings in 14 C 1748, *in re AbbVie, Inc., et al.*, presided over by the Hon. Matthew F, Kennelly.

It is further ordered that Magistrate Judge Maria Valdez shall be the designated magistrate judge in 14 C 1748.

It is further ordered that any such cases shall remain pending on the calendars of the judges to whom they are currently assigned, and that an order be entered in each case by Judge Kennelly at such time as coordinated pretrial proceedings have concluded.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Rubén Castillo, Chief Judge

Dated at Chicago, Illinois this 14th day of March, 2014.

Cases Included in Consolidated Pretrial Proceeding 14 CV 1748, *in re AbbVie , Inc., et al.*

| Case Number | Case Title | Judge |
| --- | --- | --- |
| 14 CV 772 | Aurecchia v. AbbVie, Inc. et al. | Kennelly |
| 14 CV 777 | Marino v. AbbVie, Inc. et al. | Darrah |
| 14 CV 780 | Myers v. AbbVie, Inc. et al. | Gettleman |
| 14 CV 843 | Cripe v. AbbVie, Inc. et al. | Coleman |
| 14 CV 877 | Johnson v. AbbVie, Inc. et al. | Wood |
| 14 CV 879 | Kelly, Dr v. AbbVie, Inc. et al. | Durkin |
| 14 CV 917 | Gibby, et al. v. AbbVie, Inc. et al. | Durkin |
| 14 CV 918 | Hardee, et al. v. AbbVie, Inc. et al. | Feinerman |
| 14 CV 1298 | Lau v. AbbVie, Inc. et al. | Ellis |
| 14 CV 1427 | Bartholic v. AbbVie, Inc. et al. | Kennelly |
| 14 CV 1428 | O'Donnell v. AbbVie, Inc. et al. | Der-Yeghiayan |
| 14 CV 1471 | Blades, et al. v. AbbVie, Inc. et al. | Lefkow |
| 14 CV 1472 | Carpenter, et al. v. AbbVie, Inc. et al. | Coleman |
| 14 CV 1473 | Humphries, et al. v. AbbVie, Inc. et al. | Bucklo |
| 14 CV 1474 | Dobbs v. AbbVie, Inc. et al. | Kendall |
| 14 CV 1475 | Headley v. AbbVie, Inc. et al. | Dow |
| 14 CV 1476 | Hughes, et al. v. AbbVie, Inc. et al. | Gottschall |
| 14 CV 1477 | Jackson, et al. v. AbbVie, Inc. et al. | Wood |
| 14 CV 1478 | Gordon v. AbbVie, Inc. et al. | Zagel |
| 14 CV 1479 | Jones, et al. v. AbbVie, Inc. et al. | Coleman |
| 14 CV 1480 | King, et al. v. AbbVie, Inc. et al. | Feinerman |
| 14 CV 1481 | Lewis, et al v. AbbVie, Inc. et al. | Feinerman |
| 14 CV 1482 | Saylor, et al v. AbbVie, Inc. et al. | Wood |
| 14 CV 1483 | Cataudella v. AbbVie, Inc. et al. | Gottschall |
| 14 CV 1663 | Bailey v. AbbVie, Inc. et al. | Darrah |
| 14 CV 1665 | Gordon v. AbbVie, Inc. et al. | Tharp |
| 14 CV 1667 | White v. AbbVie, Inc. et al. | Leinenweber |
| 14 CV 1668 | Montgomery v. AbbVie, Inc. et al. | Lefkow |
| 14 CV 1670 | Ortiz v. AbbVie, Inc. et al. | Kennelly |
| 14 CV 1673 | DeLeon v. AbbVie, Inc. et al. | Kennelly |